IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LEWIS BELLOWS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-696 |
| | : | |
| COMMONWEALTH OF | : | (Judge Brann) |
| PENNSYLVANIA, ET AL., | : | |
| | : | |
| Respondents | : | |

## **ORDER**

April 16, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. 1, ¶ 16) is **GRANTED**.

2. Adjudication of Bellows' federal habeas corpus action is **STAYED**.

3. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with this Court detailing the conclusion of his Pennsylvania

state court exhaustion efforts and including a copy of the relevant state court disposition.

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

  s/  Matthew W. Brann
Matthew W. Brann
United States District Judge